DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO VASQUEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-544 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| ARTURO VASQUEZ-MENDOZA, | Date : March 20, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ARTURO VASQUEZ-MENDOZA, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, March 6, 2012, be continued to Tuesday, March 20, 2012, at 9:30 a.m.

The reason for this continuance is because defense counsel recently received a plea agreement from the government and needs additional time to consult with the client, with the in-house interpreter, at the Sacramento County Jail.

It is further stipulated that the time period from the date of this stipulation, March 1, 2012, through and including the date of the new status conference hearing, March 20, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

///

///

with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 1, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By: | |
| */s/ Matthew C. Bockmon for*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>ARTURO VASQUEZ-MENDOZA |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 1, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 6, 2012, be vacated and that the case be set for **Tuesday, March 20, 2012, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 1, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 1, 2012, through and including March 20, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 1, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge