1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR. S-11-544 JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING SENTENCING |
| ARTURO VASQUEZ-MENDOZA, | ) | PROCEEDING |
| aka Charly Juan Quinones, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate and respectfully request that the sentencing proceeding in this case currently scheduled for June 26, 2012, be continued to July 17, 2012 at 9:45 a.m. The undersigned counsel for the government is newly assigned to the case, and will also be out of state for training on the currently scheduled sentencing date. The parties agree that the continuance of the sentencing date is warranted to facilitate continuity of government counsel, and to allow counsel for the parties adequate time to prepare. Exclusion of time is not necessary as defendant entered a plea of guilty to the Indictment on March 20, 2012 (Dkt. #12).

1

```
 1  Dated: June 15, 2012                    Respectfully submitted,

 2                                          BENJAMIN B. WAGNER
                                            United States Attorney
 3

 4                                          /s/ Christopher S. Hales
                                        By: Christopher S. Hales
 5                                          Special Assistant U.S. Attorney

 6  Dated: June 15, 2012

 7                                          /s/ Matthew C. Bockmon
                                            Matthew C. Bockmon
 8                                          Attorney for Defendant

 9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the sentencing proceeding presently set for June 26, 2012, at 9:45 a.m. be continued to July 17, 2012, at 9:45 a.m. The court finds that continuance of the sentencing date is warranted to facilitate continuity of government counsel and to allow counsel for the parties adequate time to prepare. Exclusion of time is not necessary as defendant entered a plea of guilty to the Indictment on March 20, 2012 (Dkt. #12).

Dated: June 15, 2012

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE